# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry Bernard Jackson,

    Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                    3:04-cv-137-1-MU

Doug E. Mitchell

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2005 Order.

**Signed: December 27, 2005**

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court